**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOHN HENRY RAY,**

        Plaintiff(s),                  CASE NUMBER: 05-73910
                                              HONORABLE VICTORIA A. ROBERTS

**v.**

**DEPUTY HOGG, et al.,**

        Defendant(s).
_____/

**ORDER**

On October 24, 2007, the Court held a hearing on the parties' Motions in Limine: 1) Defendants' Motion in Limine Regarding Prior Convictions, and 2) Plaintiff's Motion in Limine to Quash Testimony of Deputies Wade and Hogg. Before the Court heard oral argument, Plaintiff withdrew a second motion in limine--Motion to Exclude Expert Testimony. For the reasons stated on the record:

    A.    Defendants' Motion in Limine Regarding Prior Convictions is **DENIED**. Defendants can only introduce the fact that Plaintiff has a felony conviction and is serving a life sentence. Defendants also will not be permitted to question Plaintiff about whether he "regrets" the crimes for which he is currently incarcerated, inasmuch as it is unclear whether Plaintiff has exhausted his criminal appeals and, if not, such questions may impair his Fifth Amendment rights.

    B.    Plaintiff's Motion in Limine to Quash Testimony of Deputies Wade and

1

Hogg is **DENIED**.

The Court also met with the parties in chambers regarding the exhibits which will be introduced at trial. The Court reserved ruling on four defense exhibits (which were renumbered by Defendants as indicated) to which Plaintiffs object:

      505    Plaintiff's Law Library Grievance--9/4/2004

      506    Plaintiff's Telephone Access Grievance--9/4/2004

      507    Plaintiff's Recreation Access Grievance--9/4/2004

      508    Plaintiff's Social Service Department Request forms

Defendants may introduce redacted copies of Exhibits 505 through 507. The substance of the grievance and (where applicable) the response must be redacted. Defendant may only show Plaintiff's name, the fact that it is a grievance, and (where applicable) that there was response.

Defendants may not introduce Exhibit 508.

**IT IS SO ORDERED.**

                                              s/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: October 29, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 29, 2007.

s/Linda Vertriest
Deputy Clerk